UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:14-CR-109 |
| v. | ) | JUDGE MATTICE/ |
| | ) | MAGISTRATE |
| BRIAN LEE KRZECZOWSKI | ) | JUDGE CARTER |

SUPPLEMENT TO FACTUAL BASIS

The parties agreed in open Court and the defendant specifically assented during the plea hearing to supplement the factual basis in the following manner:

Because Google operates gmail and maintains its servers outside the State of Tennessee the parties agree, for purposes of this plea agreement, that the images described in the factual basis in the Plea Agreement did in fact travel in interstate commerce and were produced using materials that traveled in and affected interstate commerce.

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

By: *s/James T. Brooks*
JAMES T. BROOKS
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2014, a copy of the foregoing motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.   All other parties will be served by regular U.S. mail.   Parties may access this filing through the Court's electronic filing system.

*s/James T. Brooks*
JAMES T. BROOKS
Assistant United States Attorney
