Case No: 1:14-cr-00109-001

Re: United States vs Brian Krzeczowski

Dear Clerk of Courts,    12-26-16

Please return to me a copy of my Public Docket Sheet in case No: 1:14-cr-00109-001 and a form to file 28 U.S.C § 2255 Motion To Vacate, Set Aside or Correct Sentance, Also my Sentencing Transcripts, And, Arrignment Transcripts, As all my legal paperwork was stolen from me when I went to the hospital.

Thank You for your Assistance,

Brian Krzeczowski

Brian Krzeczowski # 47897-074
Federal Correctional Institution - Hazelton
P.O. Box 5000
Bruceton Mills, WV, 26525

RECEIVED DEC 27 2016 Clerk, U.S. District Court Eastern District of Tennessee

Brian Krzeczowski #47897-074
Federal Correctional Institution - Hazelton
P.O. Box 5000
Bruceton Mills, WV, 26525

Joel W Solomon Federal Courthouse
900 Georgia Avenue
Chattanooga, TN, 37402

Legal Mail

Legal Mail

37402-223099